# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-01061-RSWL-Ex | Date | July 9, 2021 |
|---|---|---|---|
| Title | *ANTONIO FERNANDEZ v. ORANGE WALKER, LLC; ET AL.* | | |

| Present: The Honorable | RONALD S.W. LEW, Senior U.S. District Judge |
|---|---|

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - ORDER TO SHOW

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **August 2, 2021**, why this action should not be dismissed for lack of prosecution.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider plaintiff's filing of a application for the clerk to enter default judgment on **defendants ORANGE WALKER, LLC;** and **JASON YONG JAE KWAK**, or plaintiff's filing of a motion for entry of default judgment on **defendants ORANGE WALKER, LLC;** and **JASON YONG JAE KWAK** on or before the above date, as a satisfactory response to the Order to Show Cause.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |